# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA | ELECTRONIC CRIMINAL COMPLAINT (Redacted) |
| --- | --- |
| V. Lathaniel Phoenix | CASE NUMBER: 19-4003 MJ |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### Count 1

On or about January 3, 2019, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendant, LATHANIEL PHOENIX, an Indian, did unlawfully kill D.S., with malice aforethought.

In violation of Title 18, United States Code, Sections 1153 and 1111.

I further state that I am a sworn law enforcement officer with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

AUTHORIZED BY: Raynette Logan, AUSA

Joshua B. Arndt, Special Agent, FBI
Name of Complainant

Signature of Complainant

Sworn to before me by phone,

Date: January 9, 2019 @ 2:15 pm   at   Flagstaff, Arizona
City and State

HONORABLE MICHELLE H. BURNS
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

## REDACTED AFFIDAVIT

The undersigned, being duly sworn, deposes and states as follows:

1. Your affiant, Joshua B. Arndt, is a Special Agent (SA) of the Federal Bureau of Investigation (FBI), and is currently assigned to the Flagstaff, Arizona Resident Agency of the Phoenix, Arizona FBI Division. In the course of his official duties, your affiant is charged with the investigation of crimes occurring on the Navajo Nation Indian Reservation within the District of Arizona.

2. The information contained in this affidavit is based on your affiant's investigation and knowledge, as well as information derived from reports and interviews of law enforcement officers and/or witnesses named herein. Because this affidavit is made for the limited purpose of establishing probable cause, your affiant has not listed every fact known concerning this investigation.

3. This case involves the investigation of the death of an unknown male, believed to be D.S. (hereinafter referred to as DS) on the Navajo Indian Reservation caused by LATHANIEL PHOENIX (hereinafter referred to as PHOENIX), a forty-four-year (44) year old Navajo male. The incident occurred on or about January 3, 2019, in Tuba City, Arizona, which is within the confines of the Navajo Indian Reservation (Indian Country) in the District of Arizona. The Navajo Indian Tribe is a federally recognized Indian tribe.

4. On January 8, 2019, the Navajo Department of Public Safety and the FBI learned that PHOENIX had been arrested for throwing rocks at a residence and upon being booked into the Tuba City detention center in Tuba City, Arizona, told a Tuba City police officer that there was dead body in the bathroom of his residence. PHOENIX gave consent for the officer to go into his residence. The officer confirmed there was a deceased individual in PHOENIX's bathroom.

5. On January 8, 2019, PHOENIX was interviewed at the Tuba City detention center in Tuba City, Arizona, and provided the following information: PHOENIX has not used alcohol or drugs since approximately the middle of 2017. PHOENIX did not know the person he killed, but the deceased person was from Tonalea/Red Lake. The deceased individual (believed to be DS and hereinafter referred to as DS) came over at approximately 8:47 p.m., five (5) or six (6) days earlier, and knocked on PHOENIX's door. PHOENIX opened the door and saw DS standing there by himself. DS came into PHOENIX's residence and cussed at PHOENIX. PHOENIX asked DS if he was drunk, and DS indicated he was not. DS told PHOENIX he had been paid some money to kill PHOENIX. PHOENIX later indicated DS had told him that police officers and PHOENIX's brother had paid DS to kill PHOENIX. DS had a knife in his pocket and unfolded it. PHOENIX turned his back to DS to go into the kitchen, and DS tried to stab PHOENIX's back but missed. PHOENIX jumped out of the way and started to move around in the kitchen,

while DS came at PHOENIX to try and stab him. PHOENIX ran to the back bedroom, grabbed a shovel handle, and came back out to the living room. DS was standing in the living room looking for something by PHOENIX's television. PHOENIX told DS that he had better watch his back, and before DS could turn around, PHOENIX hit DS in the back of the head with the shovel handle. DS fell down by the wood stove. PHOENIX hit DS three (3) to four (4) more times with the shovel handle while DS was on the ground. PHOENIX took DS's knife and started to stab DS with the knife. PHOENIX indicated he knew DS was unconscious after he hit him the first time with the shovel handle because the shovel handle was pretty solid. PHOENIX knew he stabbed DS in the arm, the shoulder, and the back while DS was lying face down. PHOENIX indicated the knife was razor sharp. DS never made any noise while this was going on, and PHOENIX indicated he thought it was because DS was "too unconscious." When PHOENIX was hitting and stabbing DS, he thought if DS was coming into PHOENIX's home to try and kill PHOENIX, then PHOENIX was going to kill DS.

6. PHOENIX stopped stabbing DS when he saw all the blood coming from DS. PHOENIX then put the knife on the kitchen counter. PHOENIX left DS on the ground for approximately three (3) hours. During that time, PHOENIX went to his brother's house and asked for some cigarettes. PHOENIX said he thought DS was going to get back up again and tried to move DS around. Later, during the

interview, when asked when he thought DS died, PHOENIX said probably when he was stabbed with the knife because of internal bleeding and blood loss. There was blood coming from DS. PHOENIX used hot water to clean it up, but it stained the ground. PHOENIX was asked if PHOENIX could have run out the back door when he was threatened. PHOENIX agreed that he could have done so, but PHOENIX said when someone was hired to kill him in his own residence he did not tolerate it and was going to defend himself.

7. When PHOENIX was arrested, he was carrying the knife that was used during the killing in his pocket, and law enforcement seized it from him. DS had some checks in his socks and had a brown crocodile wallet. PHOENIX put them in a brown drawer. PHOENIX put the body of DS in the bathroom, and DS was covered with a blanket. PHOENIX said the shovel handle was all bloody and currently in the back room. PHOENIX did not have any injuries from the incident. PHOENIX was thinking about disposing of DS's body at another location. PHOENIX provided consent for a search of his residence.

8. On January 8, 2019, PHOENIX's residence was searched by the Navajo Department of Public Safety Criminal Investigators and FBI. During the search, investigators discovered multiple items including a wooden handle with red stains on it in the back room, a stain in the carpet by the woodstove, a deceased individual

in the bathroom, and checks and a brown wallet in a drawer containing the driver's license of D.S.

9. On January 9, 2019, a probable cause arrest was conducted on PHOENIX upon his release from tribal custody.

10. Based on the foregoing, your affiant believes that on or about January 3, 2019, in the District of Arizona, within the confines of the Navajo Indian Reservation, LATHANIEL PHOENIX, an Indian, did knowingly commit Second Degree Murder, in violation of Title 18, United States Code, Section 1111.

**I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.**

_____     _____
Joshua B. Arndt                                            Date
Special Agent, FBI

**SWORN TO AND SUBSCRIBED BEFORE ME** on this ___9th___ day of January, 2019.

___✓___ Sworn by Telephone

Date/Time: _January 9, 2019_        _____
                                                            MICHELLE H. BURNS
                                                            United States Magistrate Judge